JS-6

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 14-1323-DOC (JCGx)          Date: September 16, 2014

Title: PAUL J. O'BRIEN V. RON CARPENTER, ET AL.

PRESENT:         THE HONORABLE DAVID O. CARTER, JUDGE

| Julie Barrera | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:
None Present                                   None Present

**PROCEEDINGS (IN CHAMBERS): ORDER REMANDING CASE**

On August 19, 2014, this action was removed from Orange County Superior Court. *See* Notice of Removal (Dkt. 1). Pursuant to its duty to examine jurisdictional issues sua sponte, on August 20, 2014, the Court issued an order to show cause as to why the case should not be remanded. *See* Minute Order (Dkt. 5) (citing *B.C. v. Plumas Unified Sch. Dist.*, 192 F.3d 1260, 1264 (9th Cir. 1999); Fed. R. Civ. P. 12(h)(3)).

"Federal courts are courts of limited jurisdiction." *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994). Defendant argued that the Court has jurisdiction over this unlawful detainer action because Plaintiff allegedly violated several federal statutes, including those involving fair housing and discrimination. *See* Notice of Removal at 6–9. In order for the Court to have subject matter jurisdiction on the basis of federal law, federal questions must appear on the face of the well-pleaded complaint. *See Vaden v. Discovery Bank*, 556 U.S. 49, 60 (2009) (citing *Louisville & Nashville R. Co. v. Mottley*, 211 U.S. 149, 152 (1908)) (describing the well-pleaded complaint rule).

Here, while the alleged violations of federal law might serve as the basis for a subsequent action or as a defense to the present action, the face of the well-pleaded complaint contains only questions of state law. *See Vaden*, 556 U.S. at 60. Namely, this is an unlawful detainer action that properly remains in the state courts.

Out of an abundance of caution, the Court issued an order to show cause as to why the case should not be remanded. The parties were ordered to "file briefing to the Court

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 14-1323-DOC (JCGx)                                      Date: September 16, 2014

Page 2

explaining the grounds for federal jurisdiction on or before September 12, 2014." Minute Order at 2.  The Court further explained that, "[i]f [it] receives no response from Defendants, then the case will be REMANDED for lack of subject matter jurisdiction." *Id.*

      As of the date of this order, the Court has received no briefing from either party. Therefore, the Court finds that it lacks subject matter jurisdiction over this action and the case is REMANDED back to Orange County Superior Court for further proceedings.

      The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                                Initials of Deputy Clerk: jcb
CIVIL-GEN